## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of April 2011, true and correct copies of

DEFENDANT AARON MALINSKY'S NOTICE OF MOTION FOR SEVERANCE,

MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT AARON MALINSKY'S

MOTION FOR SEVERANCE, AND DECLARATION OF ANDREW M. LAWLER IN

SUPPORT OF AARON MALINSKY'S MOTION FOR SEVERANCE were filed

electronically with the Clerk of the Court using the CM/ECF system.  Notice of this filing

will be sent by electronic mail to all parties by operation of the Court's electronic filing

system.

| | |
|---|---|
| **Glen G. McGorty**<br>**William J. Harrington**<br>**Michael S. Bosworth**<br>Assistant United States Attorneys<br>Southern District of New York<br>One Saint Andrew's Plaza<br>New York, NY 10007<br>(212) 637-2505/2331/1079 | **Benjamin Brafman, Esq.**<br>Counsel for Carl Kruger<br>Brafman & Associates, P.C.<br>767 Third Avenue, 26th Floor<br>New York, NY 10017<br>(212) 750-7800 |
| **Robert Katzberg, Esq.**<br>Counsel for Michael Turano<br>Kaplan & Katzberg<br>767 Third Avenue, 26th Floor<br>New York, NY 10017<br>(212) 750-3100 | **Gerald B. Lefcourt, Esq.**<br><br>Counsel for Richard Lipsky<br>148 East 78th Street<br>New York, NY 10075<br>(212) 737-0400 |
| **Robert Morvillo, Esq.**<br>Counsel for David Rosen<br>Morvillo Abramowitz Grand Iason Anello<br>& Bohrer, P.C.<br>565 Fifth Avenue<br>New York, NY 10017<br>(212) 880-9400 | **Adrian L. Diluzio, Esq.**<br>Counsel for Solomon Kalish<br>Law Firm of Adrian L. Diluzio<br>200 Old Country Road, Suite 590<br>Mineola, NY 11501<br>(516) 248-8930 |

| **Peter B. Pope, Esq.** | **Edward D. Wilford, Esq.** |
|---|---|
| Andrew Weissmann, Esq. | Counsel for William Boyland, Jr. |
| Counsel for Robert Aquino | Law Firm of Edward D. Wilford |
| Jenner & Block LLP (NYC) | 20 Vesey Street |
| 919 Third Avenue, 37th Floor | New York, NY 10007 |
| New York, NY 10022 | (212) 528-2741 |
| (212) 891-1650/1605 | |

Sharon D. Feldman